UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TODD CORBET and HELENA CORBET, Individually, and as Parents of BENJAMIN CORBET, deceased<br>　　　　Plaintiffs,<br><br>vs.<br><br>DIAMOND AIRCRAFT INDUSTRIES, INC.<br>　　　　Defendant. | CAUSE NO. 1:22-cv-2457-SEB-MG |

## **PLAINTIFFS' EXHIBIT LIST**

Pursuant to this Court's Order, Plaintiffs, by counsel, submit the following Exhibit List under Federal Rule of Civil Procedure 26(a)(1). Plaintiff may use the following exhibits to support its Complaint and the claims made therein:

1. Plaintiff's Complaint.

2. Any and all NTSB findings, documentation, renderings, and reports.

3. Records, reports, findings, of any other Diamond DA40 crashes.

4. Records/file/documentation from LIFT Academy.

5. Audio recording of any 9-1-1 calls made in relation to the incident.

6. Radio chatter relating to the complained of incident.

7. Photographs of Benjamin Corbet, family, and friends.

8. Any Documents produced by either the Defendant or the Plaintiffs.

9. Any demonstrative or illustrative models and diagrams of the incident scene.

10. Any documents relevant to Defendant's claimed damages; and

11. Any documents needed for impeachment or rebuttal purposes.

DATE: June 29, 2023

        Respectfully Submitted,

        ***/s/Katherine Karres***_____
        Katherine G. Karres, #27192-49
        Hurst Limontes LLC
        50 South Meridian Street, Suite 600
        Indianapolis, IN 46204
        317-636-0808/FAX: 317-633-7680
        kkarres@billhurst.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing was served via the Court's Electronic Filing System this June 29, 2023, addressed to the following:

Scott Harkness
Myekeal D. Smith Jr.
NORRIS CHOPLIN SCHROEDER, LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204

Ross Cunningham
Bryan David
CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200
Dallas TX 75226

                   */s/Katherine Karres*_____
                   Katherine G. Karres, #27192-49
                   Attorney for Plaintiffs

**Hurst Limontes LLC**
50 S. Meridian St., Suite 600
Indianapolis, IN  46204
317-636/0808 / Fax 317-633-7680
kkarres@billhurst.com