UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TODD CORBET and HELENA CORBET, Individually, and as Parents of BENJAMIN CORBET, deceased<br>    Plaintiffs,<br><br>vs.<br><br>DIAMOND AIRCRAFT INDUSTRIES, INC.<br>    Defendant. | CAUSE NO. 1:22-cv-2457-SEB-MG |

## **PLAINTIFFS' WITNESS LIST**

Pursuant to this Court's Order, Plaintiffs, by counsel, submit the following Witness List under Federal Rule of Civil Procedure 26(a)(1). The following individuals are likely to have discoverable information that the Defendant may use to support the claims made in his Complaint:

1. Todd Corbet, plaintiff

2. Helena Corbet, plaintiff

3. Representative(s) of Defendant Diamond Aircraft Industries, Inc.

4. Representative(s) of LIFT Academy

5. Representative(s) of Republic Airlines.

6. Representative(s) of Lynx Aviation, Inc.

7. Representative(s) of Indianapolis Airport Authority.

8. Representative(s) of Tom Wood Aviation, Inc.

9. Additional friends and family of Benjamin Corbet.

10. Representative(s) of Benjamin's former employer Kroger.

1

11. Any expert or other witness that may be needed to address the facts of the incident at issue.

12. All persons identified during the discovery process who may have relevant testimony, but who are not listed on any party's witness list;

13. Any person yet to be deposed in this matter;

14. Any other person who may come to Plaintiffs' attention subsequent to these initial disclosures and prior to trial, which person will be promptly disclosed to the Defendant.

15. Any person needed to authenticate records; and

16. Any witnesses needed for impeachment or rebuttal purposes.

DATE: June 29, 2023

Respectfully Submitted,

*/s/Katherine Karres*
Katherine G. Karres, #27192-49
Hurst Limontes LLC
50 South Meridian Street, Suite 600
Indianapolis, IN 46204
317-636-0808/FAX: 317-633-7680
kkarres@billhurst.com

**CERTIFICATE OF SERVICE**

        I hereby certify that the foregoing was served via the Court's Electronic Filing System this June 29, 2023, addressed to the following:

Scott Harkness
Myekeal D. Smith Jr.
NORRIS CHOPLIN SCHROEDER, LLP
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204

Ross Cunningham
Bryan David
CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200
Dallas TX 75226

                                                  */s/Katherine Karres*_____
                                                  Katherine G. Karres, #27192-49
                                                  Attorney for Plaintiffs

**Hurst Limontes LLC**
50 S. Meridian St., Suite 600
Indianapolis, IN  46204
317-636/0808 / Fax 317-633-7680
kkarres@billhurst.com