UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TODD CORBET and HELENA CORBET, Individually and as Parents of BENJAMIN CORBET, deceased<br>　　Plaintiffs,<br><br>v.<br><br>DIAMOND AIRCRAFT INDUSTRIES INC.<br>　　Defendants. | CASE NO. 1:22-cv-02457-SEB-MG |

### STIPULATION AND JOINT MOTION FOR DIMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Todd Corbet and Helena Corbet, Individually and as Parents of Benjamin Corbet, deceased and Defendant Diamond Aircraft Industries, Inc., by and through their respective counsel, stipulate to the dismissal of this lawsuit with prejudice with each party to bear its own costs and attorney's fees. Accordingly, the Parties hereby respectfully move the Court for entry of an order of dismissal with prejudice consistent with this stipulation, with each party bearing its own costs and attorney's fees.

Dated this 8th day of March 2024.

[signatures on the following page]

Respectfully submitted,

By: */s/ Katherine Karres*
Katherine G. Karres, #27192-49
HURST LIMONTES LLC
50 S. Meridian St., Suite 600
Indianapolis, IN 46204
Telephone: 317-636-0808
Fax: 317-633-7680
Email: kkarres@billhurst.com

**Attorney for Plaintiffs Todd and Helena Corbet, parents of Benjamin Corbet**

By: */s/ Ross Cunningham*
Ross Cunningham – Attorney in Charge
Bryan S. David (admission pending)
**CUNNINGHAM SWAIM, LLP**
4015 Main Street, Suite 200
Dallas, Texas 75226
Phone: 214-646-1495
Facsimile: 214-613-1163
rcunningham@cunninghamswaim.com
bdavid@cunninghamswaim.com

Scott A. Harkness (#16418-49)
Myekeal D. Smith, Jr. (#36409-53)
**NORRIS CHOPLIN SCHROEDER LLP**
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204-4213
317/269-9330; 317/269-9338 fax
sharkness@ncs-law.com
msmith@ncs-law.com

**Attorneys for Defendant Diamond Aircraft Industries, Inc.**