| | | |
|---|---|---|
| **TODD CORBET and HELENA** | § | |
| **CORBET, Individually and as** | § | |
| **Parents of BENJAMIN CORBET,** | § | |
| **deceased** | § | |
| **Plaintiffs,** | § | |
| | § | **CASE NO. 1:22-cv-02457-SEB-MG** |
| **v.** | § | |
| | § | |
| **DIAMOND AIRCRAFT** | § | |
| **INDUSTRIES INC.** | § | |
| **Defendants.** | | |

## AGREED ORDER OF DIMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby ORDERED that the above-captioned matter is dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

Signed on this _____ day of March 2024.

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

[counsel signatures on the following page]

AGREED:

By: */s/ Katherine Karres*
Katherine G. Karres, #27192-49
HURST LIMONTES LLC
50 S. Meridian St., Suite 600
Indianapolis, IN 46204
Telephone: 317-636-0808
Fax: 317-633-7680
Email: kkarres@billhurst.com

**Attorney for Plaintiffs Todd and Helena Corbet, parents of Benjamin Corbet**

By: */s/ Ross Cunningham*
Ross Cunningham – Attorney in Charge
Bryan S. David (admission pending)
**CUNNINGHAM SWAIM, LLP**
4015 Main Street, Suite 200
Dallas, Texas 75226
Phone: 214-646-1495
Facsimile: 214-613-1163
rcunningham@cunninghamswaim.com
bdavid@cunninghamswaim.com

Scott A. Harkness (#16418-49)
Myekeal D. Smith, Jr. (#36409-53)
**NORRIS CHOPLIN SCHROEDER LLP**
101 West Ohio Street, Ninth Floor
Indianapolis, IN 46204-4213
317/269-9330; 317/269-9338 fax
sharkness@ncs-law.com
msmith@ncs-law.com

**Attorneys for Defendant Diamond Aircraft Industries, Inc.**